AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United Stated District Court - Central District of California |

| DOCKET NO. | DATE FILED | |
|---|---|---|
| 8:19CV00136-TJH | 1/24/2019 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| STRIKE 3 HOLDINGS, LLC | JOHN DOE subscriber assigned IP address 68.228.79.16 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order   ☐ Judgment | ☐ Yes   ☒ No | 7/22/2019 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| KIRY K. GRAY | *Sharon Hall Brown* (signature) | 7/23/2019 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit A to the Complaint

Location: San Juan Capistrano, CA
Total Works Infringed: 36

IP Address: 68.228.79.16
ISP: Cox Communications

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 9FE743BAF7076C7B1416416DCB8787E922B10AE8 | Blacked | 10/23/2018 11:14:12 | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 2 | 07A71D8AB8A0645049C16B98A28538E06A009D7B | Vixen | 09/22/2018 12:19:56 | 09/21/2018 | 11/01/2018 | PA0002143417 |
| 3 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 07/20/2018 10:53:51 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 4 | 0AC91C9EC33B89F3F34C74B82B0F5475D6CADF38 | Blacked Raw | 06/27/2018 02:22:25 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 5 | 0D5FB0229BB896030F25C3B8B468E2B54000B9E1 | Vixen | 11/26/2018 06:25:38 | 11/25/2018 | 12/31/2018 | 17271449713 |
| 6 | 1D4F8BC60FF91E4A8991397E26BFAA8545914E58 | Vixen | 11/16/2018 12:09:35 | 11/15/2018 | 12/09/2018 | 17210345323 |
| 7 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | Blacked | 10/12/2018 22:23:24 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 8 | 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32 | Blacked | 11/17/2018 12:17:59 | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 9 | 2D05320B68989487C8AF50B1A95167FB350F94E6 | Blacked | 09/19/2018 00:21:28 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 10 | 2EBCD308C7F1141323F532284E71730A94CBF5FE | Blacked Raw | 07/27/2018 12:23:25 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 11 | 3323AD5021933A353E77806D1FECE58685BF2A13 | Blacked Raw | 10/05/2018 11:15:20 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 12 | 38506E94BA819300B3A0C2356A75ACA8BE4A65DB | Blacked | 08/26/2018 06:11:59 | 03/11/2018 | 04/17/2018 | PA0002116091 |
| 13 | 42FA8D55C449F1B251CBDCA779AF8B82B924AD80 | Tushy | 11/21/2018 23:49:46 | 11/21/2018 | 12/31/2018 | 17271449573 |
| 14 | 654FDEBA4D88249E1F34D0661AB9A548091828CC | Tushy | 08/10/2018 01:28:10 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 15 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | Blacked Raw | 09/10/2018 06:47:52 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 16 | 6C38232F41EA64DAA5575DD592D16021BEEE98A2 | Blacked | 05/25/2018 01:57:39 | 05/24/2018 | 07/14/2018 | PA0002128376 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 70832C42F2E2AB6573DDAA25A98D9827AD5AB4CF | Vixen | 06/19/2018 02:33:09 | 06/18/2018 | 07/14/2018 | PA0002128072 |
| 18 | 7C8023CDDDFB52DA97E2E4A518C37DB69EFF28C5 | Blacked | 07/01/2018 08:54:45 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 19 | 8F914AD5D985A4614B945A9CBAEA70996038A99E | Vixen | 07/04/2018 12:08:39 | 07/03/2018 | 07/26/2018 | PA0002112153 |
| 20 | A1D049D475923190FF3A7134A0D2B9F10D62914B | Vixen | 09/27/2018 11:33:31 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 21 | A62630310E9B12C6ECA5DE42C0B4737F82C500C3 | Blacked | 07/25/2018 12:29:28 | 07/24/2018 | 09/01/2018 | PA0002119589 |
| 22 | B1175F1372648DE81684C06975EBCC841609C237 | Blacked | 10/03/2018 11:06:25 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 23 | B4CA9DE72580465018841 3CE5326FF8FD94AE9ED | Tushy | 09/29/2018 02:38:31 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 24 | BC8ACAF0DC42FB3CEEDEB0DC51C20206FDBB20E4 | Blacked Raw | 07/20/2018 21:39:50 | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 25 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | Blacked Raw | 07/18/2018 12:57:57 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 26 | CE6E3AE355BE0831A6BC74277D06A3BB60A09F5A | Blacked | 11/07/2018 12:14:57 | 11/06/2018 | 11/25/2018 | PA0002136603 |
| 27 | D68599155F00A8CA95C8BF9F81800CC36A2FEAA5 | Vixen | 05/30/2018 00:11:35 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 28 | D870E9A9EFB570C5601C29A4E0E1167ED5E3ABA4 | Tushy | 05/27/2018 16:57:15 | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 29 | DAFC93B6C471FBB4324C5ABE4B7B23E9F440B87A | Blacked Raw | 06/13/2018 21:00:53 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 30 | DBF08487A3D7FE3704DADAB3BEAE6159E4C2DA38 | Tushy | 07/18/2018 03:01:59 | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 31 | E12C003246B83B76DC861765D6E9B1BC09E79EA4 | Blacked Raw | 10/20/2018 11:02:32 | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 32 | E12FD4D629A309DFE8E61034EB8298524FDBCC27 | Vixen | 07/21/2018 12:48:15 | 01/19/2018 | 03/02/2018 | PA0002104769 |
| 33 | EFDB886D8D69B8D7CC31153066C52424FA716283 | Vixen | 06/24/2018 09:59:51 | 06/23/2018 | 07/26/2018 | PA0002112155 |
| 34 | F5E931AB78F7394210896FEC71ADFB7C43276832 | Blacked | 11/21/2018 23:47:25 | 11/21/2018 | 12/31/2018 | 17271449372 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | F9E101EA92C17F5285F5E7917D00B7654F42CFE6 | Blacked Raw | 06/08/2018 02:17:27 | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 36 | FB7E3EA3B9E083499E761482A6C6D7DFDB749555 | Vixen | 10/07/2018 10:12:55 | 10/06/2018 | 11/01/2018 | PA0002141493 |